# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANOFI PASTEUR INC., MERCK SHARP & DOHME CORP., and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 1:20-cv-00850-JLT-EPG<br><br>ORDER RE: JOINT STIPULATION REGARDING (1) EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT, (2) PROPOSED MOTION TO DISMISS BRIEFING SCHEDULE, AND (3) CONTINUANCE OF RULE 26(f) SCHEDULING CONFERENCE<br><br>(ECF No. 32). |

On September 21, 2022, the parties filed a stipulation regarding case deadlines. (ECF No. 32). As this case has been pending since June 18, 2020, the Court advises the parties that this will be the last continuance granted as to the initial scheduling conference. Based on the parties' stipulation, IT IS ORDERED, as follows:

1. The deadline for Defendants to file and serve responses to the First Amended Complaint ("FAC") is extended to October 20, 2022;

2. If Defendants should file motions to dismiss in response to the FAC, the deadline for Plaintiff to file and serve any oppositions thereto is November 14, 2022;

3. If Plaintiff files any oppositions to any motions to dismiss that are filed and served by

1

Defendants, the deadline for Defendants to file and serve any reply is December 5, 2022; and

4. The Scheduling Conference, currently set for September 28, 2022 at 10:30 a.m., in Courtroom 10 (EPG), is continued to December 15, 2022 at 10:30 a.m., in Courtroom 10 (EPG). For telephonic participation, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:  **September 22, 2022**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE