UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARCIA,<br><br>        Plaintiff,<br><br>  v.<br><br>SANOFI PASTEUR INC., MERCK SHARP & DOHME CORP., and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 1:20-cv-00850-JLT-EPG<br><br>ORDER RE: JOINT STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 35). |

On October 19, 2022, the parties filed a stipulation regarding case deadlines. (ECF No. 35). Based on the parties' stipulation, IT IS ORDERED, as follows:

1. The deadline for Defendants to file and serve responses to the First Amended Complaint ("FAC") is extended to October 24, 2022;

2. As Defendants intend to file motions to dismiss in response to the FAC, the deadline for Plaintiff to file and serve any oppositions thereto is November 18, 2022;

3. If Plaintiff files any oppositions to any motions to dismiss that are filed and served by Defendants, the deadline for Defendants to file and serve any reply is December 9, 2022.

IT IS SO ORDERED.

Dated: **October 24, 2022**                /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

1