**MCCUNE LAW GROUP**
**MCCUNE WRIGHT AREVALO**
**VERCOSKI KUSEL WECK BRANDT APC**
Kristy M. Arevalo (SBN 216308)
Email: kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff
TERESA GARCIA

**VENABLE LLP**
Dino S. Sangiamo (Admitted *Pro Hac Vice*)
Email:   dssangiamo@venable.com
Christian A. Coward (Admitted *Pro Hac Vice*)
Email:   cacoward@venable.com
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone:  (410) 244-7679
Facsimile:   (410) 244-7742

Nicole N. King (SBN 290204)
Email:   nnking@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant
MERCK SHARP & DOHME CORP.

*Additional Counsel listed on Addendum*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TERESA GARCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SANOFI PASTEUR INC., MERCK SHARP & DOHME CORP., and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 1:20-cv-00850-MCE-JDP<br><br>**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Filed:                May 22, 2020<br>Action Removed: June 18, 2020<br>Trial Date:          None Set |

1  Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 143 and 144,
2 Plaintiff Teresa Garcia ("Plaintiff"), and Defendants Merck Sharp & Dohme Corp.
3 ("Merck") and Sanofi Pasteur Inc. ("Sanofi") (collectively, "Defendants"), by and
4 through their respective counsel, hereby stipulate and agree as follows:

5  WHEREAS, Plaintiff filed and served a Second Amended Complaint For
6 Money Damages ("SAC") on October 19, 2023 (Dkt. No. 58);

7  WHEREAS, the current deadline for Defendants to respond to the SAC is
8 November 2, 2023;

9  WHEREAS, Defendants are in the process of reviewing and analyzing the
10 SAC and need additional time to determine the appropriate response to the SAC,
11 including a responsive pleading or motion to dismiss; and

12  WHEREAS, Plaintiff agrees to extend the time for Defendants to respond to
13 the SAC to December 5, 2023.

14  NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the
15 parties that the deadline for Defendants to file and serve responses to the SAC is
16 extended to December 5, 2023.

17 Dated: October 24, 2023

**MCCUNE LAW GROUP**
**MCCUNE WRIGHT AREVALO**
**VERCOSKI KUSEL WECK BRANDT**
**APC**

By:  */s/ Kristy M. Arevalo*
     Kristy M. Arevalo
     Attorneys for Plaintiff
     TERESA GARCIA

Dated: October 24, 2023       **VENABLE LLP**

By:  */s/ Nicole N. King*
     Dino S. Sangiamo
     Nicole N. King
     Christian A. Coward
     Attorneys for Defendant
     MERCK SHARP & DOHME CORP.

Dated: October 24, 2023       **WEAKLEY & ARENDT, P.C.**

By:  */s/ James J. Arendt*
     James J. Arendt
     Attorneys for Defendant
     SANOFI PASTEUR INC.

Dated: October 24, 2023       **SHUMAKER, LOOP & KENDRICK, LLP**

By:  */s/ John Siciliano*
     John Siciliano
     Attorneys for Defendant
     SANOFI PASTEUR INC.

     IT IS SO ORDERED.

Dated: October 27, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER