1  **MCCUNE LAW GROUP**
   **MCCUNE WRIGHT AREVALO**
2  **VERCOSKI KUSEL WECK BRANDT APC**
   Kristy M. Arevalo (SBN 216308)
3  Email: kma@mccunewright.com
   3281 East Guasti Road, Suite 100
4  Ontario, California 91761
   Telephone: (909) 557-1250
5  Facsimile:  (909) 557-1275

6  Attorneys for Plaintiff
   TERESA GARCIA
7

8  **VENABLE LLP**
   Dino S. Sangiamo (Admitted *Pro Hac Vice*)
9  Email:     dssangiamo@venable.com
   Christian A. Coward (Admitted *Pro Hac Vice*)
10 Email:     cacoward@venable.com
   750 East Pratt Street, Suite 900
11 Baltimore, Maryland 21202
   Telephone:  (410) 244-7679
12 Facsimile:   (410) 244-7742

13 Nicole N. King (SBN 290204)
   Email:     nnking@venable.com
14 2049 Century Park East, Suite 2300
   Los Angeles, California 90067
15 Telephone:  (310) 229-9900
   Facsimile:   (310) 229-9901
16
   Attorneys for Defendant
17 MERCK SHARP & DOHME CORP.

18 *Additional Counsel listed on Addendum*

19              **UNITED STATES DISTRICT COURT**

20          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

21                  **SACRAMENTO DIVISION**

| | |
|---|---|
| 22  TERESA GARCIA,<br><br>                    Plaintiff,<br>23<br>24       vs.<br>25  SANOFI PASTEUR INC., MERCK SHARP &<br>   DOHME CORP., and DOES 1 through 100,<br>26  inclusive,<br>27<br>                    Defendants.<br>28 | CASE NO. 1:20-cv-00850-MCE-JDP<br><br>**JOINT STIPULATION AND ORDER**<br>**EXTENDING BRIEFING DEADLINES**<br><br><br><br>Filed:              May 22, 2020<br>Action Removed:  June 18, 2020<br>Trial Date:        None Set |

1    Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 143 and 144, Plaintiff Teresa

2    Garcia ("Plaintiff"), and Defendants Merck Sharp & Dohme Corp. ("Merck") and Sanofi Pasteur

3    Inc. ("Sanofi") (collectively, "Defendants"), by and through their respective counsel, hereby

4    stipulate and agree as follows:

5    WHEREAS, Defendants filed and served motions to dismiss the Second Amended

6    Complaint For Money Damages on December 5, 2023 (Dkt. Nos. 61, 61-1, 61-2, and 62);

7    WHEREAS, the current deadline for Plaintiffs to file an opposition to each of the motions

8    to dismiss filed and served by Defendants is December 19, 2023;

9    WHEREAS, the current deadline for Defendants to file a reply to any oppositions to their

10   respective motions to dismiss is December 29, 2023;

11   WHEREAS, the parties met and conferred and discussed a proposed motion to dismiss

12   briefing schedule, and agree to extend the deadline for Plaintiff to file any oppositions to

13   Defendants' respective motions to dismiss to January 12, 2024, and to set the deadline for

14   Defendants to file a reply in support of their motions to dismiss to February 2, 2024; and

15   WHEREAS, these extensions will not alter the case schedule or any hearing dates.

16   NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the parties as

17   follows:

18   1.    The deadline for Plaintiff to file and serve an opposition to Defendants' respective

19   motions to dismiss is **January 12, 2024**; and

20   2.    If Plaintiff files any oppositions to Defendants' motions to dismiss, the deadline for

21   Defendants to file and serve reply briefs is **February 2, 2024**.

22   Dated:  December 5, 2023                    **MCCUNE LAW GROUP**
                                                 **MCCUNE WRIGHT AREVALO**
23                                               **VERCOSKI KUSEL WECK BRANDT APC**

24   By:      */s/ Kristy M. Arevalo*
     _____
25        Kristy M. Arevalo
          Attorneys for Plaintiff
26        TERESA GARCIA

27

28   Dated:  December 5, 2023                    **VENABLE LLP**

1

2                                              By:      */s/ Nicole N. King*
                                                        Dino S. Sangiamo
                                                        Nicole N. King
3                                                       Christian A. Coward
                                                 Attorneys for Defendant
4                                                MERCK SHARP & DOHME CORP.

5

6   Dated:  December 5, 2023                **WEAKLEY & ARENDT, P.C.**

7                                              By:      */s/ James J. Arendt*
                                                        James J. Arendt
8                                                Attorneys for Defendant
                                                 SANOFI PASTEUR INC.
9

10

11  Dated:  December 5, 2023                **SHUMAKER, LOOP & KENDRICK, LLP**

12                                             By:      */s/ John Siciliano*
                                                        John Siciliano
13                                               Attorneys for Defendant
                                                 SANOFI PASTEUR INC.
14

15

16          IT IS SO ORDERED.

17  Dated:  December 7, 2023

18

19  _____
    MORRISON C. ENGLAND, JR
20  SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28