## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**TERESA GARCIA,**

                                            CASE NO: **1:20–CV–00850–MCE–JDP**

       v.

**SANOFI PASTEUR INC., ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/11/2024**

                                                    **Keith Holland**
                                                    Clerk of Court

    ENTERED: **September 11, 2024**

                                      by: /s/ O. Mendez Licea
                                                        Deputy Clerk